# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-16-00341-CR
## NO. 03-16-00342-CR

**Leon Jackson, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF MCCULOCH COUNTY, 452ND JUDICIAL DISTRICT
### NOS. 6100 & 6101, HONORABLE ROBERT R. HOFMANN, JUDGE PRESIDING

## O R D E R   A N D   M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Appellant's brief was due July 7, 2016. On July 12, this Court ordered appellant's counsel, Todd C. Simons, to file a brief on appellant's behalf no later than July 22. Counsel did not file a brief or respond to the Court's order.

The appeal is abated. The trial court shall conduct a hearing to determine whether appellant desires to prosecute this appeal and if so, whether counsel has abandoned the appeal. *See* Tex. R. App. P. 38.8(b)(2). The court shall make appropriate findings and recommendations. If necessary, the court shall appoint substitute counsel who will effectively represent appellant in this cause. A record from this hearing, including copies of all findings and orders and a transcription of the court reporter's notes, shall be forwarded to the Clerk of this Court for filing as a supplemental record no later than August 26, 2016. *See* Tex. R. App. P. 38.8(b)(3).

It is ordered on July 29, 2016.


Before Justices Puryear, Pemberton, and Field

Abated

Filed:   July 29, 2016

Do Not Publish